Nov. Term, 1851.

THE STATE v. ARMSTRONG.

---

THE STATE v. ARMSTRONG.

In an indictment for suffering a horse to be run in a horse-race along a public highway, the *termini* of the highway need not be stated.

ERROR to the *Tippecanoe* Circuit Court.

SMITH, J.—Indictment against the defendant in error for suffering his horse to be run along and upon a public highway in the county of *Tippecanoe.* The indictment was quashed on motion.

The only objection which appears to have been taken to the indictment, was, that the *termini* of the highway were not stated. This point has been decided in the case of *The State* v. *Burgett*, Ind. R. 340 (1). In an indictment for permitting a horse to be run in a horse-race along a public highway, the *termini* of the highway need not be stated.

*Per Curiam.* — The judgment is reversed with costs. Cause remanded, &c.

*W. F. Lane*, for the state.

Tuesday, *December* 2.

(1) 1 Carter's Ind. R. 479. The same point is also decided in *The State* v. *Brown*, id. 532.